Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26146−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert Louis Bruno
   105 Alexander Dr
   Barnegat, NJ 08005−2405

Social Security No.:
   xxx−xx−2026

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 18-26146-CMG
Albert Louis Bruno                                         Chapter 13
           Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             Albert Louis Bruno,    105 Alexander Dr,     Barnegat, NJ 08005-2405
517698250      1st Crd Srvc,    377 Hoes Ln,    Piscataway, NJ 08854-4138
517698254      Capital Collection Ser,     20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517698255      Colleen M. Hirst, Esq.,    KML Law Group, PC,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
517698259      Ocean County Sheriff,    CH,    772202 120 Hooper Ave,    Toms River, NJ 08754
517713452     +Raymour & Flanigan,    Simon's Agency, Inc.,    POB 5026,    Syracuse, NY 13220-5026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517698251      +E-mail/Text: paymentprocessing@avanteusa.com Oct 18 2018 23:50:54       Avante,
                 3600 S Gessner Rd,    Houston, TX 77063-5357
517698252       EDI: BANKAMER.COM Oct 19 2018 03:23:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
517698253       EDI: BANKAMER.COM Oct 19 2018 03:23:00      Bank of America Home Loans,    PO Box 31785,
                 Tampa, FL 33631-3785
517817323       EDI: BANKAMER.COM Oct 19 2018 03:23:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
517698256       EDI: WFNNB.COM Oct 19 2018 03:23:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517698257       EDI: WFNNB.COM Oct 19 2018 03:23:00      Comenitybank/Ny&Co,    PO Box 182789,
                 Columbus, OH 43218-2789
517698258       EDI: TSYS2.COM Oct 19 2018 03:23:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517698260       E-mail/Text: clientservices@simonsagency.com Oct 18 2018 23:52:39      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MaryBeth Schroeder    on behalf of Debtor Albert Louis Bruno marybeth@schroedermb-law.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```